# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| SARAH MCCLELLAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VIRGINIA BETTS as Commissioner of ) <br> Department of Mental Health & ) <br> Developmental Disabilities of the State ) <br> of Tennessee, and TRUDY BERRY ) <br> ) <br> Defendants. ) | No. 3:10-cv-00623 <br> Jury Demanded |

## MOTION FOR VOLUNTARY DISMISSAL

Now come the Plaintiff Sarah McClellan and moves this Court pursuant to the Federal Rules of Civil Procedure 41(a)(2) to allow Plaintiff to take a voluntary nonsuit against the Defendant Virginia Betts and dismiss the action as to said Defendant without prejudice. No counterclaim has been filed against Plaintiff and it would not prejudice the Defendants to allow this voluntary dismissal. The Plaintiff will continue to pursue her action against the remaining Defendants.

*Granted* [handwritten notation with signature]

Respectfully submitted,

/s/ Allen Woods
Allen Woods (#23103)
The Law Offices of Woods & Woods
P.O. Box 128498
Nashville, Tennessee 37212
(615) 321-1426